No. 04-01-00532-CV






IN THE INTEREST of T.A.S., a Child






From the 225th Judicial District Court, Bexar County, Texas


Trial Court No. 1999-PA-01472


Honorable John Specia, Jr., Judge Presiding




PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: December 12, 2001


APPEAL DISMISSED

 On October 31, 2001, we ordered appellant to file evidence that she had made appropriate
arrangements for payment of the record on appeal and the filing fee or face dismissal of the appeal.
Appellant has failed to comply with this order. Therefore, we dismiss the appeal for failure to
prosecute. See Tex. R. App. P. 42.3(c). Costs of appeal are taxed against appellant.

 PER CURIAM

DO NOT PUBLISH